ROBERT H. ARMSTRONG, respondent,

*v.*

BERTHA LOUISE ARMSTRONG, appellant.

[Decided February 6th, 1928.]

On appeal from a decree of the court of chancery.

*Mr. Edmund A. Hayes,* for the respondent.

*Mr. Winfield S. Angleman,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll, and reported in *99 N. J. Eq. 19.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.   15.

*For reversal*—None.